IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

SHAQUANTA SANDERS                                              PLAINTIFF

V.                                          CIVIL ACTION NO. 2:09CV108-P-S

DILLARD'S INC.                                                 DEFENDANT

### AGREED ORDER SUBSTITUTING PARTY DEFENDANT

THIS CAUSE came on for hearing on the parties' *ore tenus* Motion to Substitute Party Defendant requesting that "The Higbee Company d/b/a Dillard's" be substituted as defendant herein in the place and stead of "Dillard's Inc." and that the claims against Dillard's Inc. be dismissed without prejudice.

Being fully advised in the premises, the Court finds that the request is well-taken and IT IS ORDERED:

(1) That "The Higbee Company d/b/a Dillard's" be, and it is hereby, substituted as defendant herein in the place and stead of Dillard's Inc., and that the claims against Dillard's Inc. be, and they are hereby, dismissed without prejudice and Dillard's Inc. is discharged herefrom; and

(2) That the style of this case shall be amended to show "The Higbee Company d/b/a Dillard's" as the defendant, and

(3) That "The Higbee Company d/b/a Dillard's" shall have leave to respond to the Complaint within ten (10) days following the entry of this Order.

SO ORDERED, this the 15th day of December, 2009.

/s/David A. Sanders
UNITED STATES MAGISTRATE JUDGE