IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

SHAQUANTA SANDERS                                                                    PLAINTIFF

V.                                                          CIVIL ACTION NO. 2:09cv108-P-S

THE HIGBEE COMPANY D/B/A DILLARD'S                                       DEFENDANT

## ORDER

This matter is before the court on *ore tenus* motion of the defendant for an extension of time to January 22, 2010 to serve responses and objections to Plaintiff's First Set of Interrogatories and Requests for Production of Documents. There is no objection to the motion, and after considering it, the court finds it to be well-taken.

IT IS, THEREFORE, ORDERED that the defendant has until January 22, 2010 to serve its responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents.

SO ORDERED, this the 11th day of January, 2010.

/s/DavidA. Sanders
UNITED STATES MAGISTRATE JUDGE